IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BELINDA J. RISLEY, ) | |
| as Personal Representative ) | |
| of the ESTATE OF CLIFFORD ) | |
| DWAYNE RISLEY, Deceased, ) | Case No. 04-1323 MLB |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DIANNA K. EGIDY, ) | |
| ) | |
| Defendant. ) | |

## JOURNAL ENTRY OF JUDGMENT

NOW ON THIS 31st day of May, 2005, the above-captioned matter comes before this Court on a Motion for Entry of Judgment, Document No. 17, with a proposed judgment pursuant to Rule 58, Federal Rules of Civil Procedure, and based on Defendant Dianna Egidy's Confession of Judgment and Payment Agreement.

The Court enters Judgment in favor of Plaintiff Belinda J. Risley and against Defendant Dianna Egidy as follows:

For Plaintiff Risley's compensensible injuries and damages, economic and non-economic, $200,000.00.

For Plaintiff Risley's punitive damages in the amount of $200,000.00.

Execution on this Judgment is stayed by agreement of the parties provided the Defendant makes monthly payments of $250.00 per month for 120 months beginning 75 days following her release from prison, for a total of $30,000.00. Defendant may pay off the

remaining balance of the $30,000.00 total at any time, at her option.  Provided the Defendant pays a total of  $30,000.00 at $250.00 per month in 120 months or sooner, the Plaintiff will file a full Release and Satisfaction of this Judgment.

                                                  s/Monti Belot  
                                                  Monti L. Belot  
                                                  U.S. District Court Judge

APPROVED BY:

LYONS, CLARK & MENSCHING, INC.

By___s/Mark D. Lyons___  
       Mark D. Lyons, OK#5590  
       616 S. Main, Suite 201  
       Tulsa, OK  74119-1260  
       (918) 599-8844  
       FAX:  (918) 599-8585

       W. Thomas Gilman, KS#11867  
       REDMOND & NAZAR, L.L.P.  
       245 N. Waco, Suite 402  
       Wichita, KS  67202-3089  
       (316) 262-8361  
       FAX:  (316) 263-0610

ATTORNEYS FOR PLAINTIFF


DOUGHERTY, MODIN & HOLLOWAY


By_____s/Richard F. Modin___  
       Richard F. Modin, KS#16326  
       10100 Ambassador Drive, Suite 220  
       Kansas City, MO  64153  
       (816) 891-9990  
       FAX:  (816) 891-9905

ATTORNEY FOR DEFENDANT EGIDY